An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD ERIC BARRETT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65314

**FILED**

JUL 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a motion to modify, correct, or vacate an illegal sentence.[1] Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

In his motion filed on December 26, 2013, appellant claimed that his sentence should be modified and that his sentence was illegal because the State failed to prove that his prior convictions were valid before the district court adjudicated him a habitual criminal. Appellant's claim fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Therefore, without considering the merits

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23803

of the claim raised in the motion, we conclude that the district court did not err in denying the motion.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:  Hon. Valorie J. Vega, District Judge
     Ronald Eric Barrett
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[2]We also conclude that the district court did not err in denying appellant's motion for transcripts.